ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Pamela A. Bower (SBN 151701)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahk-law.com
pbower@ahk-law.com

**ATTORNEYS FOR** Defendants
PETER LIEH-CHUAN CHI, M.D.,
PETER L. CHI, M.D., INC., and BEAUTY
RENEWED, LLC

GORDON & REES LLP
Sara M. Thorpe (SBN 146529)
E.J. Kim (SBN 250062)
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
sthorpe@gordonrees.com
eikim@gordonrees.com

**Attorneys for** Plaintiff
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PETER LIEH-CHUAN CHI, M.D., an individual; PETER L. CHI, M.D., INC, a California corporation; BEAUTY RENEWED, LLC, a limited liability company, <br><br> Defendants. | CASE NO.:3 : 09-CV-4202-SC <br><br> STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION TO DISMISS OR STAY PROCEEDINGS |

Plaintiff Evanston Insurance Company ("Evanston") and Defendants Peter Lieh-Chuan Chi, M.D., Peter L. Chi, M.D., Inc., and Beauty Renewed, LLC ("Chi") hereby stipulate to the following:

1. WHEREAS, pursuant to a mediation before mediator Vivian Williamson, the underlying action and this federal court action filed by Evanston Insurance Company against Peter Lieh-Chuan Chi, M.D., Peter L. Chi, M.D., Inc., Beauty Renewed, LLC, have been resolved. The parties are currently completing settlement documentation, which includes provisions for dismissal of this action and dismissal of the underlying actions. The finalization of the formal settlement documents has not yet been completed.

2. THEREFORE, the parties hereby stipulate that the pending motion to dismiss or stay proceedings be withdrawn, without prejudice to either party re-noticing the matter for hearing within sixty (60) days of this Court's order removing the motion from the calendar. Any such re-noticing will have the effect of placing said motion back on calendar for the Court's decision, without additional hearings or briefings, except as this Court may further order.

IT IS SO STIPULATED.

Dated: February 3, 2010    By: _____ For
                               Sara M. Thorpe
                               Gordon & Rees LLP

                               Attorneys for Plaintiff and Responding Party
                               EVANSTON INSURANCE COMPANY

Dated: February 5, 2010    By: _____
                               Randy M. Hess
                               Adleson, Hess & Kelly, APC

                               Attorneys for Defendant and Moving Party
                               PETER LIEH-CHUAN CHI, M.D., PETER L. CHI, M.D., INC., BEAUTY RENEWED, LLC

# ORDER

The Court having reviewed the foregoing stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that the pending motion by defendants to dismiss or stay Evanston's action is taken off calendar without prejudice. It the underlying matter, and this action, fails to resolve as presently planned, either party may re-notice said motion, upon application and request for order shortening time for the Court to rule on said motion, if done within sixty days from the date of this Court's order herein.

SO ORDERED.

Dated: February 8, 2010



THE HONORABLE SAMUEL CONTI
IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. CV-4202-SC STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION TO DISMISS OR STAY PROCEEDINGS    3

# CERTIFICATE OF SERVICE

I, Patty Santana, an employee with the law firm of Adleson, Hess, & Kelly, APC, do hereby certify that on this 5th day of February, 2010, I served a true and correct copy of the foregoing **STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION TO DISMISS OR STAY PROCEEDINGS** addressed to:

<u>Via Electronic Service Through ECF</u>

Sara M. Thorpe, Esq.
E.J. Kim, Esq.
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

I declare that I am employed in the office of a member of the bar of this Court and that I made the foregoing service at said member's direction. I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

By: /s/ Patty Santana
Patty Santana

*This document has been electronically filed and is available for viewing and downloading from the ECF system.*