SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
E.J. KIM (SBN 250062)
ejkim@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Pamela A. Bower (SBN 151701)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahk-law.com
pbower@ahk-law.com

Attorneys for Defendants
PETER LIEH-CHUAN CHI, M.D.,
PETER L. CHI, M.D. INC., and BEAUTY
RENEWED, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                  Plaintiff,<br>vs.<br><br>PETER LIEH-CHUAN CHI, M.D., an individual; PETER L. CHI, M.D., INC, a California corporation; BEAUTY RENEWED, LLC, a limited liability company,<br><br>                  Defendants. | CASE NO. 3:09-CV-04202-SC<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Evanston Insurance Company ("Evanston") and Defendants Peter Chi Lieh-Chuan Chi, M.D., Peter L. Chi, M.D., Inc., and Beauty Renewed, LLC (collectively "Chi") hereby stipulate to the following:

1. WHEREAS, pursuant to a mediation, the underlying action and this federal court action filed by Evanston against Chi have been resolved. The parties are continuing to finalize the settlement documentation, which includes a provision for dismissal of this action. The finalization and execution of the settlement documents have not yet been completed. Finalization is taking longer than expected because of the number of persons involved, timing of the settlement payment, and resolution of other issues relating to the settlement.

2. THEREFORE, the parties hereby stipulate to continue the pending Case Management Conference scheduled for March 19, 2010 for sixty (60) days and request the Court continue the Case Management Conference for 60 days from the date of this stipulation.

IT IS SO STIPULATED.

Dated: March 12, 2010

By: _____
E. J. Kim
Sara M. Thorpe
Gordon & Rees LLP
Attorneys for Plaintiff Evanston Insurance Company

Dated: March 12, 2010

By: _____
Randy M. Hess
Adleson, Hess & Kelly, APC
Attorneys for Peter Lieh-Chuan Chi; M.D., Peter L. Chi, M.D., Inc.; Beauty Renewed LLC

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation stated above and good cause appearing, the Case Management Conference scheduled for March 19, 2010 is continued for 60 days and will be held on __May 7, 2010__. The parties are to file a joint Case Management Statement seven days prior to the conference.

IT IS SO ORDERED.

DATED: March 15, 2009



_____
The Honorable Samuel Conti
United States District Judge

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE