SARA M. THORPE (SBN: 146529)
E. J. KIM (SBN: 250062)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY


ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Pamela A. Bower (SBN 151701)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Defendants
PETER LIEH-CHUAN CHI, M.D.,
PETER L. CHI, M.D. INC., and BEAUTY
RENEWED, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PETER LIEH-CHUAN CHI, M.D., an individual; PETER L. CHI, M.D., INC., a California corporation; BEAUTY RENEWED, LLC, a limited liability company,<br><br>Defendants. | CASE NO. 3:09-CV-04202-SC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE;**<br>**[PROPOSED] ORDER THEREON** |

Plaintiff EVANSTON INSURANCE COMPANY ("Evanston"), and Defendants PETER LIEH-CHUAN CHI, M.D., PETER L. CHI, M.D., INC., and BEAUTY RENEWED, LLC (collectively "Chi") stipulate and agree as follows:

1. Evanston and Chi have entered into a Settlement and Mutual Release Agreement in this matter executed by all the parties ("Settlement Agreement").

2.     The Settlement Agreement provides that Evanston is to make a settlement payment on Chi's behalf, which Evanston has done. The Settlement Agreement also provides that Chi is to make certain payments to Evanston over time.

3.     Pursuant to the Settlement Agreement, Evanston agreed to dismiss this lawsuit with prejudice upon completion of Chi's obligations to pay as are set forth in the Settlement Agreement. In the meantime, the parties agreed that the dismissal of this lawsuit is *without prejudice*.

4.     Upon full performance of the Settlement Agreement, Evanston shall file with this Court a Notice of Dismissal of this lawsuit *with* prejudice and serve notice of such dismissal on all parties.

**IT IS SO STIPULATED.**

Dated: April 9th, 2010

By: /s/ Sara Thorpe
Sara M. Thorpe
E. J. Kim
Gordon & Rees LLP
Attorneys for Plaintiff Evanston Insurance Company

Dated: April 9th, 2010

By: /s/ Randy M. Hess
Randy M. Hess
Adleson, Hess & Kelly, APC
Attorneys for Peter Lieh-Chuan Chi; M.D., Peter L. Chi, M.D., Inc.; Beauty Renewed LLC

1  [PROPOSED] ORDER

2  Pursuant to the parties' terms of their Settlement Agreement and their Stipulation
3  set forth above, this matter is dismissed *without* prejudice. The Court hereby terminates
4  all pending deadlines, hearings, and motions.
5  IT IS SO ORDERED.
6  DATED: April 9, 2010



The Honorable Samuel Conti
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

MASH/1057043/7774595v.1

-3-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE;
[PROPOSED] ORDER THEREON                               CASE NO.3:09-CV-04202 SC